Approved, SCAO

| | Original - Court | 3rd copy – Police agency |
|---|---|---|
| | 1ST copy – Prosecutor | 4th copy – Arresting agency |
| | 2nd copy – Defendant/Juvenile | PROBATE JIS CODE: NOL |

| STATE OF MICHIGAN<br>81ST JUDICIAL DISTRICT<br>23RD JUDICIAL CIRCUIT | MOTION/ORDER<br>OF NOLLE PROSEQUI | CASE NO.<br><br>26-47 FT |
|---|---|---|

District Court ON: M1350025J

County Courthouse, Tawas City, MI 48764 989-362-4441

Police Report No. 32 3187-21

Circuit Court ONI: M1350015J

County Courthouse Tawas City, MI 48764 989-362-3497

| THE PEOPLE OF | ☒ The State of Michigan<br>☐ _____<br>_____ | v | Defendant's name, address, and telephone no.<br>**JOHN FRANCIS SCHOEN, III**<br>⬛⬛⬛ |
|---|---|---|---|

| | CTN / TCN<br>**35-21000703-01** | SID | DOB<br>⬛⬛ |
|---|---|---|---|

☐ Juvenile     In the matter of _____

| COUNT | CRIME | CHARGE CODE(S)<br>MCL citation/PACC Code |
|---|---|---|
| 1 | RECK DR. CAUSE SER. IMPAR OF BODY FUNCT | 257.626(3) |

### MOTION

Andrew Mong prosecuting official, moves for a nolle prosequi in this case for the following reason(s): Defendant has immunity as a Federal Law Enforcement Officer.

March 24, 2026

Date

Prosecuting Official, Andrew Mong          Bar no P83354.

### ORDER

**IT IS ORDERED:**

☑ 1. Motion for nolle prosequi is granted and the case is dismissed without prejudice.

☐ 2. Motion for nolle prosequi is granted as to the following charge(s), which are dismissed without prejudice:

_____

☐ 3. Motion for nolle prosequi is denied.

☐ 4. Defendant/Juvenile shall be immediately discharged from confinement in this case.

☐ 5. Bond is canceled and shall be returned after costs are deducted.

☐ 6. Bond is continued on the remaining charge(s).

☐ 7. The Michigan State Police and arresting agency shall destroy the arrest record, biometric data, and, as applicable, DNA profile for the dismissed charge(s).   The Michigan State Police shall also remove any LEIN entry concerning any dismissed charge(s).

3/25/26

Date

Judge/Magistrate :

If item 1 or 2 is checked, the clerk of the court shall provide a copy of this order to the Michigan State Police.

MC 263 (6/19)     **MOTION/ORDER OF NOLLE PROSEQUI**          MCL 28.243, MCL 764.26a, MCL 767.29,<br>MCL 769.16a, MCR 3.936(D)